IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA, *ex rel*
JIM C. FOGARTY,

    Plaintiff,

vs.                                          Case No. 1:09cv246/SPM

AMMED DIRECT, LLC,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the Consent Motion for Extension of Time for Defendant to Respond to Complaint (doc. 30). Good cause having been found, it is

**ORDERED AND ADJUDGED**:

1. The motion (doc. 30) is **granted**.

2. Defendant has up to, and including April 6, 2012, to respond to the Complaint.

**DONE AND ORDERED** this 8th day of March, 2012.

                                          *S/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Senior United States District Judge