IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA, *ex rel*
JIM C. FOGARTY

    Plaintiff,

vs.                                            Case No. 1:09cv246/SPM

AMMED DIRECT, LLC,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff, Jim C. Fogarty's Notice of Voluntary Dismissal Under Rule 41 (doc. 33). Although the United States did not intervene in this matter, per the Government's request, the Court issued an Order (doc. 27) indicating that should the Relator or Defendant propose to dismiss or settle this action, the Court would solicit the written consent of the United States before granting its approval. Accordingly, it is

ORDERED AND ADJUDGED that on or before April 26, 2012, the Government shall inform the Court, in writing, whether or not it consents to dismissal of this action.

**DONE AND ORDERED** this 12th day of April, 2012.

                                              *S/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Senior United States District Judge