IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA, *ex rel*
JIM C. FOGARTY

     Plaintiff,

vs.                                    Case No. 1:09cv246/SPM

AMMED DIRECT, LLC,

     Defendant.
_____/

## ORDER OF DISMISSAL

     This case has been dismissed without prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal (doc. 33), the Government's consent to the dismissal (doc. 35), and Federal Rule of Civil Procedure 41(a)(1)(A). Accordingly, the clerk shall close this case.

     **DONE AND ORDERED** this 18th day of April, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge